# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Ramon E. Reyes Jr.**　　　　DATE: **12/5/19**

DOCKET NUMBER: **19CR575(FB) & 19CR577(FB)**　　LOG #: **3:43 - 3:49**

DEFENDANT'S NAME: **Mark Kocaj**
　　✓ Present　　__ Not Present　　✓ Custody　　__ Bail

DEFENSE COUNSEL: **Christopher Booth**
　　__ Federal Defender　　__ CJA　　✓ Retained

A.U.S.A: **Keith Edelman**　　　　CLERK: **Felix Chin**

INTERPRETER: _____ (Language) _____

**X** Defendant arraigned on the: **X** indictment __ superseding indictment __ probation violation

**X** Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.　**X** Defendant's first appearance.

　　___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
　　___ Defendant advised of bond conditions set by the Court and signed the bond.
　　___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
　　___ (Additional) surety/ies to co-sign bond by _____
　　___ After hearing, Court orders detention in custody.　___ Leave to reopen granted
　**✓** Temporary Order of Detention Issued. Bail Hearing set for **12/6/19 @ 2:00**

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

**X** Order of Excludable Delay/Speedy Trial entered. Start **12/5/19** Stop **1/16/20**

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

**✓** Status conference set for **1/16/20 @ 2:30** before Judge **Block**

Other Rulings: _____

RD 12/6/19