# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE **Robert M. Levy**   DATE: **12/9/19**

DOCKET NUMBER: **19CR575 & 19CR577(FB)**   LOG #: **2:24-2:30pm**

DEFENDANT'S NAME: **Mark Kocaj**

___ Present   ✓ Not Present   ___ Custody   ✓ Bail

DEFENSE COUNSEL: **not present**

___ Federal Defender   ___ CJA   ___ Retained

A.U.S.A: **not present**   CLERK: **E. Williams**

INTERPRETER: _____ (Language)

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

**2** Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

___ Status conference set for _____ @ _____ before Judge _____

Other Rulings: _____